**Leon Aaron MORRIS, Plaintiff–Appellant,**

v.

**Charles E. SAMUELS, Jr., Director of the Bureau of Prisons; C. Eichenlaub, Regional Director for the Mid–Atlantic Regional Office; R.A. Purdue, Warden of F.C.I. Gilmer; Jeremiah Johnston, F.C.I. Gilmer Facility Manager; Wally Cutright, F.C.I Gilmer Plumbing II Supervisor for "Facilities"; Rodger Greene, F.C.I. Gilmer Plumbing I Supervisor for "Facilities"; Bruce McClung, Tool Room Officer of Facilities, Defendants–Appellees.**

**No. 15–7364.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Leon Aaron Morris, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Aaron Morris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Morris v. Samuels*, No. 2:14–cv–00018–JPB–RWT, 2015 WL 4893185 (N.D.W.Va. Aug. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

* We deny Morris' motion to seal his entire case (ECF No. 4), and his motions to appoint counsel on appeal. (ECF No. 17, 20).